MURRAY RUBBER COMPANY, APPELLANT, v. CITY OF TRENTON AND COUNTY OF MERCER, RESPONDENTS.

Submitted October 26, 1928—Decided February 4, 1929.

For the appellant, *James J. McGoogan.*

For the respondents, *Charles E. Bird* and *Frederic R. Brace.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.  11.

*For reversal*—None.